IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Criminal No. 7:12-CR-140-3BO(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO DETAIN PENDING REVIEW |
| | ) | |
| | ) | |
| DUSTIN ALLEN CARTER | ) | |

Upon motion of the United States of America, by its counsel, for the review and stay of the release order for the above defendant entered by Vera M. Scanlon, United States Magistrate Judge, Eastern District of New York on January 11, 2013, pursuant to 18 U.S.C. § 3145(a)(1) and 28 U.S.C. § 1651(a), it is hereby

ORDERED that a hearing on the government's motion for revocation of said release order be promptly docketed and heard in this Court as soon as the parties are able to so appear.

IT IS FURTHER ORDERED that the release order entered on January 11, 2013, by the Honorable Vera M. Scanlon, United States Magistrate Judge, Eastern District of New York, hereby is stayed pending the disposition of the government's motion for review of said release order in the Eastern District of North Carolina.

IT IS FURTHER ORDERED that the Clerk of the Court shall send this Order to the Honorable Vera M. Scanlon, United States Magistrate Judge, Eastern District of New York, the Clerk's office in the Eastern District of New York, the defendant's counsel and the attorneys for the government in the Eastern District of North Carolina and the Eastern District of New York.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE      1/15/2013